IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

JUDGE PHILIP A. BRIMMER

COURTROOM MINUTES

| | |
|---|---|
| Courtroom Deputy: Kathy Preuitt-Parks | Date: October 24, 2008 |
| Court Reporter: Janet Coppock | Time: 21 minutes |
| Probation Officer: Doug Randolph | Interpreter: n/a |

**CASE NO. 04-CR-00514-EWN**

| Parties | Counsel |
|---|---|
| **UNITED STATES OF AMERICA,** | Colleen Covell |
| Plaintiff, | |
| vs. | |
| **PERRY SYRIE,** | Ron Gainor |
| Defendant. | |

### HEARING ON MOTION FOR SENTENCING REDUCTION

**2:49 p.m.    COURT IN SESSION**

APPEARANCES OF COUNSEL.   Defendant is not present.

Mr. Gainor advises that the defendant is aware of this hearing and requests that his appearance be waived.  No objection by Ms. Covell.

Court inquires if counsel feel there is a conflict with Judge Brimmer presiding over these proceedings.

Counsel concur no conflict exists.

**Defendant's Motion for Sentencing Relief Pursuant to Title 18 U.S.C. § 3582(c)(2) (Doc #1811), filed 9/8/08.**

**2:52 p.m.**  Argument by Mr. Gainor.  Questions by the Court.

**2:58 p.m.**  Argument by Ms. Covell.  Questions by the Court.

**3:03 p.m.**  Further argument by Mr. Gainor.

Court states its findings and conclusions.

**ORDERED:**  Defendant's Motion for Sentencing Relief Pursuant to Title 18 U.S.C. § 3582(c)(2) (Doc #1811), filed 9/8/09 is **GRANTED.**

**ORDERED:**  Defendant's sentence of imprisonment is reduced to **145** months.  Probation Department shall prepare an amended judgment.

**ORDERED:**  Defendant advised of right to appeal. Any notice of appeal must be filed within 10 days.

**3:10 p.m.**    **COURT IN RECESS**

**Total in court time:**    21 minutes

**Hearing concluded**