## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Criminal Case No. 04-cr-00514 JLK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

RICHARD POWELL, et al.

        Defendants.
_____

## ORDER OF RECUSAL
_____

Kane, J.

      This case was reassigned to me following the resignation of Judge Nottingham. It is now in briefing for reduction of sentence by one defendant and the government has now filed another motion with a motion to seal that motion. I hereby recuse myself because I am being asked to do that which I consider to be a violation of Canon 1 of the Code of Conduct for Federal Judges. I do not by this Order of Recusal imply, suggest, or desire to be interpreted as asserting that my view applies to any other judge. The Clerk is directed to assign this matter to another judge. The motions hearing set for September 3, 2009, is VACATED.

      DATED: July 1, 2009

                                  BY THE COURT:

                                  *s/John L. Kane*
                                  HON. JOHN L. KANE
                                  DISTRICT COURT JUDGE