IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 04-cr-00514-MSK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1. DEON ROLLEN;
2. RICHARD POWELL;
3. PERRY SYRIE;
4. DERRICK WILEY;
5. GREGORY BESTER;
6. LAMAR BRANT;
7. GREGORY BUNTING;
8. KELLY CAREY;
9. AKINLABI COLEMAN;
10. RANDY CORDOVA;
11. GABRIEL DAVIS;
12. RONALD DOLEMAN;
13. DOESHUN DOTSON;
14. JOI DUCKERY;
15. JOSEPH JAMES;
16. JEFFREY JOHNSON;
17. COYLE KENNEDY;
18. LAWRENCE LOCKHART;
19. CARLOS LARES-LUJAN;
20. KITTY MELTON;
21. SABATA PRATT;
22. CHARLES ROSENBURG;
23. ANDY ROWE;
24. RAY SANTANA;
25. CANDACE SIMS;
26. TREY STAPLES;
27. CHRISTOPHER TONEY;
28. DANIELLE WILLS;
29. DEWAYNE WILLIAMS;
30. DANTE WILLIAMS; and
31. AHROAMON S. SMILEY,

        Defendants.

## ORDER OF RECUSAL

THIS MATTER arises *sua sponte*. The undersigned finds that grounds exist pursuant to

28 U.S.C. § 455 and the CODE OF CONDUCT FOR UNITED STATES JUDGES which require her recusal in this matter due to a close, personal friendship with an attorney appearing in this matter. Accordingly, it is

**ORDERED** that the undersigned judge hereby recuses herself from hearing this case. The Clerk shall randomly reassign this case to another judge of this Court and shall appropriately adjust the "draw" of future cases.

DATED this 25th day of August, 2009.

**BY THE COURT:**

*/s/ Marcia S. Krieger*

Marcia S. Krieger
United States District Judge